PD-0724-15

NO. _____

PD-0724-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/12/2015 3:11:52 PM
Accepted 6/12/2015 3:36:05 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| FATIMA RAHMAN | § | IN THE |
| VS. | § | COURT OF CRIMINAL APPEALS |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Fatima Rahman, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a petition for discretionary review, pursuant to Rule 68.2( C) and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  This case is on appeal from the 114th District Court of Smith County, Texas.

2.  The case in the trial court was styled the State of Texas v. Fatima Rahman, and numbered 114-1541-10.

3.  The case appealed to the Twelfth Court of Appeals in Tyler, Texas and assigned number 12-14-00225-CR. The Court of Appeals issued an opinion on May 13, 2015.

4.  Appellant was convicted of Driving While Intoxicated and was assessed a sentence of five years in the Texas Department of Criminal Justice - Institutional Division.

5.  The petition for discretionary review is presently due by June 12, 2015. Counsel requests an extension of sixty days due to the number of briefs currently due with deadlines, and the number of appellate matters completed since the opinion was issued.

6.  Appellant requests an extension of time due to the following facts and circumstances.

Counsel has submitted the following briefs and other post-conviction matters within the last thirty days:

A.  Proposed Findings of Fact and Conclusions of Law in <u>Ex parte Delbetric Hodge</u> writ number 241-1479-13A on May 25, 2015;

B.  Appellant's Brief in <u>Roger Whitener v. State of Texas,</u> cause no. 12-15-00006-CR on May 29, 2015;

C.  Appellant's Brief in <u>Larry Maples v. State of Texas,</u> cause no. 12-14-00337-CR on June 1, 2015; and

D.  Appellant's Brief in <u>Christopher Thurman v. State of Texas,</u> cause no. 12-15-00007-CR on June 10, 2015.

Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Eastern District of Texas - Tyler Division, and hearings in Smith and Van Zandt Counties.

7.  Lastly, Appellant's Counsel has the following briefs pending:

A.  Appellant's Brief in <u>Ricky Harris v. State of Texas,</u> cause no. 12-15-00104-CR on June 22, 2015;

B.  Appellant's Brief in <u>Christopher McLemore v. State of Texas,</u> cause no. 12-15-00091-CR on June 17, 2015;

C.  Appellant's Brief in <u>Charlie Motes v. State of Texas,</u> cause no. 12-15-00111-CR on June 23, 2015;

D.  Appellant's Brief in <u>Arron McLarey v. State of Texas,</u> cause no. 12-15-00084-CR due June 29, 2015;

E.  Appellant's Brief in <u>Harold Bass v. State of Texas,</u> cause no. 12-15-00071-CR upon the completion of the Reporter's Record;

F.  Appellant's Brief in <u>Brittany Michelle Barrett v. State of Texas,</u> cause nos. 12-15-00145-CR, 12-15-00146-CR, and 12-15-00147-CR upon completion of the Clerk's Record and Reporter's Record;

G.   Appellant's Brief in <u>John T. Congleton v. State of Texas,</u> cause no. 12-15-00124-CR upon the completion of the Clerk's Record and Reporter's Record;

H.   Appellant's Brief in <u>Donald Powell v. State of Texas,</u> cause no. 12-14-00355-CR when reset by the Court; and

I.   Appellant's Brief in <u>Oscar Perkins v. State of Texas,</u> cause no. 12-15-00001-CR when reset by the Court.

8.   Defendant is in custody at the Halbert Unit in Burnet, Texas.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File the Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /s/ James Huggler
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for Fatima Rahman

CERTIFICATE OF SERVICE

This is to certify that on June 12, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Assistant Smith County District Attorney, 100 North Broadway Ave., Fourth Floor, Smith County Courthouse, Tyler, Texas, 75702, by electronic service.

/s/ James Huggler
James W. Huggler, Jr.